UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLOWAY,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.

Case No. 23-cv-00606-WHO (PR)

**ORDER OF DISMISSAL**

After plaintiff Lawrence Holloway sent the Court two letters, the Clerk of the Court issued notices to file a complaint and to file an application to proceed *in forma pauperis* (or pay the filing fee). (Dkt. Nos. 1-4.) Holloway's first request for an extension of time was granted by the Honorable Susan van Keulen. (Dkt. Nos. 6 and 7.) I granted his second request for an extension of time. (Dkt. No. 11.)

Holloway has not complied with either notice. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Holloway may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; <u>and</u> (iii) contain full payment for the $402.00 filing fee or a complete application to proceed *in forma pauperis*.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 30, 2023

WILLIAM H. ORRICK
United States District Judge